# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2014

## NO. 03-11-00723-CV

**TEA Ranch, LP, through its General Partner, Thomas Everett Allen;
and Thomas Everett Allen, Individually, Appellant**

**v.**

**Jan Yates Boultinghouse, in her Capacity as
Executor of the Estate of Mack Yates, Appellee**

---

**APPEAL FROM 33RD DISTRICT COURT OF LLANO COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
AFFIRMED -- OPINION BY JUSTICE PURYEAR
CONCURRING OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the judgment signed by the trial court on August 5, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.